J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

Attorneys for Defendants Bank of America,
N.A. and Recontrust Company, N.A.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUNI TAFEAGA,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a banking corporation; RECONTRUST COMPANY, N.A., a business organization, form unknown; et al.,<br><br>Defendants. | Case: 2:10-cv-00766-GMN-RJJ<br><br>**ORDER** |

On December 14, 2010, Defendants Bank of America, N.A. and Recontrust Company, N.A. (collectively "Defendants") filed a Motion to Dismiss [# 11]. The date for filing any Opposition to said Motion passed as of January 3, 2011.  No opposition has been filed.

After consideration of the pleadings on file:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [#11] is granted.

DATED this 11th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

LEWIS AND ROCA LLP

By _____
J. CHRISTOPHER JORGENSEN, ESQ.
Attorneys for Defendants